UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| McKindla B., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:23-cv-03153-CRL-KLM |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) ) ) |
| Defendant. | ) ) |

## REPORT AND RECOMMENDATION

**KAREN L. McNAUGHT, United States Magistrate Judge:**

This is a civil action under 42 U.S.C. §§405(g) and 1383(c)(3) for judicial review of the denial of plaintiff's application for social security disability benefits under Titles II and XVI of the Social Security Act.[1] This Court recommends the case be **DISMISSED**, **without prejudice**, pursuant to Fed. R. Civ. P. 41(b). *See Link v. Wabash R. Co.*, 370 U.S. 626, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962)(holding a Federal District Court's authority to dismiss *sua sponte* for lack of prosecution is an inherent power and the rule authorizing involuntary dismissal on motion of party does not prohibit involuntary dismissal on court's own motion).

On September 16, 2024, the Court noted plaintiff, a pro-se litigant, had failed to file a brief in support of her appeal, which was due on July 26, 2023. The Court gave plaintiff an extension of time and ordered her to file a brief by

---

[1] *See* 42 U.S.C. §405(g) (requiring the court to enter judgment upon the pleadings and transcript of the administrative record) and §1383(c)(3) (requiring the same).

October 16, 2024. A copy of the order was conventionally mailed to the address plaintiff provided in her complaint. As of October 30, 2024, plaintiff has not filed a brief in support of her appeal. This was the second deadline by which plaintiff failed to abide.

**CONCLUSION**

Because plaintiff has failed to comply with the Court's orders, it is hereby recommended that this case be **DISMISSED**, **without prejudice**, for want of prosecution.

The parties are advised any objection to this Report and Recommendation must be filed in writing with the Clerk within fourteen (14) days after service of this Report and Recommendation. FED. R. CIV. P. 72(b)(2); 28 U.S.C. §636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Lorentzen v. Anderson Pest Control*, 64 F.3d 327, 330 (7th Cir. 1995).

Entered: October 30, 2024.

/s/ Karen L. McNaught
KAREN L. McNAUGHT
UNITED STATES MAGISTRATE JUDGE